IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JASON THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:13-cv-262 |
| | ) |
| INTEGRITY FINANCIAL PARTNERS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT INTEGRITY SOLUTION SERVICES, INC. F/K/A INTEGRITY FINANCIAL PARTNERS, INC.'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO:

Defendant removes this action to the United States District Court for the Southern District of Ohio, pursuant to 28 U.S.C. §§ 1441 and 1446(a). This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1367.

A. Introduction

1. Plaintiff is Jason Thomas ("Thomas").

2. Defendant is Integrity Solution Services, Inc. f/k/a Integrity Financial Partners, Inc. ("Integrity").

3. This case was initially filed on or about July 3, 2013, in the Municipal Court of Clark County, Ohio, as Case Number 13-CVF-01806.

4. Thomas seeks damages for alleged violations of the Fair Debt Collection Practices Act (FDCPA), Telephone Consumer Protection Act (TCPA), and Ohio

1

Consumer Sales Practices Act.  A copy of Plaintiff's Summons and Petition is attached.

5. Integrity was served with the lawsuit on or about July 8, 2013.

6. Integrity files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## B.  Basis for Removal

7. Removal is proper because Thomas' Complaint involves a federal question.  15 U.S.C. §§ 1692 et seq.; *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).

8. Thomas' Complaint contains a claim against Integrity arising under 15 U.S.C. §§ 1692, *et seq.*, for alleged violation of the FDCPA.  This Court has federal subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

9. All pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. §1446(a).

10. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

11. Integrity will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending and serve a copy of this Notice on Thomas, who is presently proceeding *pro se*.

## C.  Jury Demand

12. Thomas did not demand a jury trial in his Petition.  Integrity denies that Thomas has any claim herein, and therefore, denies that he is entitled to Trial by Jury.

### D. Conclusion

13. Integrity hereby removes this action to the United States District Court for the Southern District of Ohio.

This the 7th day of August, 2013.

          Respectfully Submitted,

          s/Jeffrey C. Turner
          Jeffrey C. Turner (0063154)
          Christopher T. Herman (0076894)
          SURDYK, DOWD & TURNER CO., L.P.A.
          1 Prestige Place, Suite 700
          Miamisburg, Ohio 45342
          Tel. (937) 222-2333
          Fax (937) 222-1970
          jturner@sdtlawyers.com
          cherman@sdtlawyers.com
          *Trial Attorneys for Defendant*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed, via U.S. mail, first class postage prepaid, this 7th day of August, 2013, to:

Jason Thomas
4988 Troy Road
Springfield, OH 45502
PRO SE PLAINTIFF

          s/Jeffrey C. Turner
          Jeffrey C. Turner