IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JASON THOMAS | : | Case No. 13-cv-262 |
| Plaintiff, | : | |
| -vs- | : | Magistrate Judge Michael R. Merz |
| INTEGRITY FINANCIAL PARTNERS, Inc., | : | |
| Defendant. | : | |

**CONDITIONAL DISMISSAL ORDER**

The Court having been advised by counsel that the above matter has been settled, IT IS ORDERED that this action (including all claims by all parties) is hereby DISMISSED WITH PREJUDICE, provided that any of the parties may, upon good cause shown not later than **November 1, 2013,** reopen the action if settlement is not consummated.  The parties may substitute a judgment entry contemplated by the settlement agreement upon approval of the Court.  Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and incorporate appropriate language in  any substituted judgment entry.

This Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties, on motion or *sua sponte*.

Each party shall bear its own costs.

October 1, 2013.

*s/ Michael R. Merz*
United States Magistrate Judge
